(137 So. 43)

## Hoyt ST. JOHN v. STATE.

### 7 Div. 78.

Supreme Court of Alabama.

Oct. 15, 1931.

E. O. McCord & Son, of Gadsden, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

## THOMAS, J.

Petition of Hoyt St. John for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in St. John v. State, 137 So. 42.

Writ denied.

ANDERSON, C. J., and BROWN and FOSTER, JJ., concur.